UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| JOAN MARIE RICHEY, | ) | CASE NO.  04 B 29004 |
| | ) | |
| | ) | |
| DEBTOR. | ) | HON.  Bruce W. Black. |

**NOTICE OF FILING OF U.S. TRUSTEE'S**
**CERTIFICATE OF REVIEW OF TRUSTEE'S FINAL REPORT**

**To:    Deborah Kanner Ebner, Esq.**
**Law Offices of Deborah Kanner Ebner**
**11 east Adams**
**Suite 800**
**Chicago, IL 60603**
**Registrant's e-mail: DKEbner@aol.com**

**Please Take Notice** that on **July 23, 2008**, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Certificate of Review of the Trustee's Final Report, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Report in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's Final Report.

                                        WILLIAM T. NEARY
                                        UNITED STATES TRUSTEE

DATED: July 23, 2008                    BY: /s/ Dean C. Harvalis
                                        Dean C. Harvalis, Assistant U.S. Trustee
                                        OFFICE OF THE U.S. TRUSTEE
                                        219 South Dearborn Street, Room 873
                                        CHICAGO, ILLINOIS  60604
                                        (312) 886-5783

**CERTIFICATE OF SERVICE**

I, Dean C. Harvalis, an attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Certificate of Review of Trustee's Final Report was accomplished through the Court's Electronic Notice for Registrants on July 23, 2008.

                                        /s/ Dean C. Harvalis