0UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| **JOAN MARIE RICHEY,** ) | Case No. 04-29004 BWB | |
| ) | | |
| Debtor(s). ) | Hon. **BRUCE W. BLACK** | |

**Notice of Trustee's Final Report, Hearing on Applications for Compensation, and Hearing on the Abandonment of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   **Will County Court Annex, 57 North Ottawa Street, Joliet IL 60432, Room 201**

   On:   **August 29, 2008**      Time: **9:15 A.M.**

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.   The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $23,118.23 |
   | Disbursements | $217.31 |
   | Net Cash Available for Distribution | $22,900.92 |

4.   Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| American Auction, *Auctioneer Commission* | *$0.00* | $400.00 | 0.00 |
| DEBORAH K. EBNER TRUSTEE *Trustee Compensation* | $0.00 | $0.00 | $1,145.83 |
| US Bankruptcy Court, *Deferred filing Fee (adversary Case No. 06-1560)* | $0.00 | $0.00 | $150.00 |

5. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%. Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| none | | | |

6. Claims of general unsecured creditors totaling $22,825.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 87.61%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Mendota Community Hospital | $257.00 | $225.16 |
| 000002 | World Financial Network National Bank. | $360.76 | $316.060 |
| 000003 | Sallie Mae Ed Trust | $4,742.28 | $4,154.65 |
| 000004 | eCast Settlement Corp assisgnee of MBNA | $14,982.11 | $13,125.63 |
| 000005 | Recovery Management Systems Corporation | $645.12 | $565.18 |
| 000006 | Recovery Management Systems Corporation | $1,838.19 | $1,610.41 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, Dirksen Federal Courthouse, 219 South Dearborn, 7th Floor, Chicago, IL 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has not been discharged.

10. The Trustee proposes to abandon the following property at the hearing: None.

Dated: **July 28, 2008**                                             For the Court,

                                       By:   **KENNETH S GARDNER**
                                             Kenneth S. Gardner
                                             CLERK OF BANKRUPTCY COURT
                                             219 South Dearborn Street, 7th Floor
                                             Chicago, IL  60604

| | |
|---|---|
| Trustee: | Deborah Kanner Ebner |
| | Law Offices of Deborah Kanner Ebner |
| Address: | 11 East Adams Street |
| | Suite 800 |
| | Chicago, IL  60603-0000 |
| Phone No.: | (312) 922-3838 |

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: sward              Page 1 of 1              Date Rcvd: Jul 28, 2008
Case: 04-29004                 Form ID: pdf002          Total Served: 29

The following entities were served by first class mail on Jul 30, 2008.
 db          +Joan Marie Richey,    1901 Rockwell Road,    Lasalle, Il 61301-9638
 aty         +Connie J Lambert,    Law Office of Deborah K. Ebner,    11 East Adams St. - Suite 800,
               Chicago, IL 60603-6324
 aty         +Deborah K Ebner,    Law Office of Deborah Kanner Ebner,    11 E Adams St Ste 800,
               Chicago, IL 60603-6324
 tr          +Deborah Kanner Ebner,    11 E Adams St,    Suite 800,   Chicago, IL 60603-6324
8378335      +Bonded Collection Corp,    29 E Madison Street,    Suite 1650,    Chicago IL 60602-4435
8378332      +Capital One,    1957 Westmoreland Rd,    Richmond VA 23276-0001
8378327      +Choices,    Community Hospital of Ottawa,    1100 E Norris Drive,    Ottawa IL 61350-1604
8378339       Cingular Wireless,    PO Box 6428,    Carol Stream IL 60197-6428
8378337       Citi Cards,    PO Box 182532,    Columbus OH 43218-2532
8378342      +CitiFinancial,    1001 Shooting Park Rd,    Peru IL 61354-1870
8378343      +Community Hospital of Ottawa,    1100 E Norris Drive,    Ottawa IL 61350-1604
8378344      +Creditors Discount & Audit,    415 E Main St,    Streator IL 61364-2927,
               re: Commnity Hospital of Ottawa
8378326      +Eureka Savings Bank,    1300 13th Ave,    Mendota IL 61342-1086
8378334       Fleet Credit Card Service,    PO Box 15368,    Wilmington DE 19886-5368
8378328      +MBNA Ameria,    eCast Settlement Corp, assignee,    PO Box 35480,    Newark, NJ 07193-5480
8378338      +Mendota Community Hospital,    1315 Memorial Drive,    Mendota IL 61342-1496
8378331       NCO Financial Systems,    PO Box 41457,    Philadelphia PA 19101
10598942     +Sallie Mae Ed Trust,    C/O Sallie Mae, Inc.,    220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
8378340       Sallie Mae Foundation,    PO Box 9500,    Wilkes-Barre PA 18773-9500
8378336       Sears,    PO Box 182149,    Columbus OH 43218-2149
8378341      +Victoria's Secret,    PO Box 659728,    San Antonio TX 78265-9728
8378333      +Viking Collection Service,    7500 Office Ridge Circle,    Eden Prairie MN 55344-3782
10598774     +World Financial Network National Bank,    Victoria's Secret,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
10648515      eCAST Settlement Corporation assignee of,    MBNA America Bank NA,    POB 35480,
               Newark NJ 07193-5480
The following entities were served by electronic transmission on Jul 29, 2008.
12407680     +E-mail/PDF: rmscedi@recoverycorp.com Jul 29 2008 03:12:09     Capital Recovery One,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
8378330       E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2008 03:12:17     MCCBG - Wal-Mart,    PO Box 960023,
               Orlando FL 32896-0023
12390897      E-mail/PDF: rmscedi@recoverycorp.com Jul 29 2008 03:12:16
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
10670751     +E-mail/PDF: rmscedi@recoverycorp.com Jul 29 2008 03:12:03
               Recovery Management Systems Corporation,    For GE Money Bank,    dba WAL-MART,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, Fl 33131-1605
8378329       E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2008 03:11:56     Wal-Mart,    PO Box 530927,
               Atlanta GA  30353-0927
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 30, 2008**            **Signature:** *Joseph Speetjens*