**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: RICHEY, JOAN MARIE                                        Case No. 04-29004-BB
_____,                   Chapter   7
                    Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                       Assets Exempt: $14,845.00

Total Distribution to Claimants: $20,305.91   Claims Discharged
                                              Without Payment: $31,608.15

Total Expenses of Administration: $1,621.14

---

    3) Total gross receipts of $ 23,127.05 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,200.00 (see **Exhibit 2**), yielded net receipts of $21,927.05 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $35,572.38 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,021.14 | 2,021.14 | 1,621.14 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 51,089.46 | 22,825.46 | 22,825.46 | 20,305.91 |
| **TOTAL DISBURSEMENTS** | $86,661.84 | $24,846.60 | $24,846.60 | $21,927.05 |

4) This case was originally filed under Chapter 7 on August 05, 2004.
. The case was pending for 73 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/06/2010              By:  /s/DEBORAH K. EBNER
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Real Property | 1110-000 | 19,147.72 |
| Automobiles | 1129-000 | 3,768.35 |
| Interest Income | 1270-000 | 210.98 |
| **TOTAL GROSS RECEIPTS** | | **$23,127.05** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Joan Marie Richey | exemption | 8100-002 | 0.00 |
| Clerk of the US Bankruptcy Court | Unclaimed funds | 8100-002 | 1,200.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,200.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 3 −SECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Eureka Savings Bank | 4110-000 | 9,821.83 | N/A | N/A | 0.00 |
| Eureka Savings Bank | 4110-000 | 25,750.55 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $35,572.38 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2200-000 | N/A | 1,153.83 | 1,153.83 | 1,153.83 |
| Clerk of the United States Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| American Auction | 3610-000 | N/A | 400.00 | 400.00 | 0.00 |
| George Rydman & Assc. | 2990-000 | N/A | 186.56 | 186.56 | 186.56 |
| International Sureties | 2300-000 | N/A | 11.56 | 11.56 | 11.56 |
| International Sureties | 2300-000 | N/A | 19.19 | 19.19 | 19.19 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,021.14 | 2,021.14 | 1,621.14 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Mendota Community Hospital | 7100-000 | 257.00 | 257.00 | 257.00 | 228.64 |
| World Financial Network National Bank | 7100-000 | 354.06 | 360.76 | 360.76 | 320.94 |
| Sallie Mae Ed Trust | 7100-000 | 4,726.00 | 4,742.28 | 4,742.28 | 4,218.81 |
| eCAST Settlement Corp assignee of MBNA | 7100-000 | 14,526.21 | 14,982.11 | 14,982.11 | 13,328.33 |
| Recovery Management Systems Corporation | 7100-000 | 645.12 | 645.12 | 645.12 | 573.91 |
| Recovery Management Systems Corporation | 7100-000 | 1,492.47 | 1,838.19 | 1,838.19 | 1,635.28 |
| Choices Community Hospital of Ottawa | 7100-000 | 2,666.05 | N/A | N/A | 0.00 |
| Capital One/ Viking Collection Service | 7100-000 | 6,368.40 | N/A | N/A | 0.00 |
| Cingular Wireless | 7100-000 | 1,288.14 | N/A | N/A | 0.00 |
| Sears / Citi Cards | 7100-000 | 1,001.15 | N/A | N/A | 0.00 |
| Fleet Credit Card Service/Bonded Collection | 7100-000 | 9,741.20 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| CitiFinancial | 7100-000 | 913.87 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|
| Community Hospital of Ottawa/ Creditors Discount & | 7100-000 | 7,109.79 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 51,089.46 | 22,825.46 | 22,825.46 | 20,305.91 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 04-29004-BB  
**Case Name:** RICHEY, JOAN MARIE  

**Period Ending:** 09/06/10

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 08/05/04 (f)  
**§341(a) Meeting Date:** 09/23/04  
**Claims Bar Date:** 05/02/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Real Property — Partition action resulted in Debtor entitlement to 1/2 of above net value only | 135,000.00 | 101,749.45 | | 19,147.72 | FA |
| 2  Cash on Hand | 20.00 | 0.00 | | 0.00 | FA |
| 3  Security Deposit | 425.00 | 0.00 | | 0.00 | FA |
| 4  Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 5  Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 6  Jewelery | 3,000.00 | 0.00 | | 0.00 | FA |
| 7  Stock & Interest | 200.00 | 0.00 | | 0.00 | FA |
| 8  Automobiles | 10,000.00 | 0.00 | | 3,768.35 | FA |
| Int  INTEREST (u) | Unknown | N/A | | 210.98 | FA |
| 9  Assets  Totals (Excluding unknown values) | **$151,145.00** | **$101,749.45** | | **$23,127.05** | **$0.00** |

**Major Activities Affecting Case Closing:**

Final Report filed with the Court on 7/17/08, distribution made 9/4/08. Supplemental distribution filed 12/31/08. Supplemental Distribution made January 2009. Funds sent to debtor never cleared and trustee stopped payment. Funds will be turned over to court.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2008     **Current Projected Date Of Final Report (TFR):**   July 17, 2008   (Actual)

Printed: 09/06/2010 12:09 PM     V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 04-29004-BB |
| --- | --- |
| Case Name: | RICHEY, JOAN MARIE |
| Taxpayer ID #: | **-***6481 |
| Period Ending: | 09/06/10 |

| Trustee: | DEBORAH K. EBNER (330480) |
| --- | --- |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****44-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 02/07/06 | {1} | Joan RIchey | partial return of post petition transfer | 1110-000 | 9,516.00 | | 9,516.00 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 3.47 | | 9,519.47 |
| 03/02/06 | 1001 | George Rydman & Assc. | Court reporter appearance and transcript | 2990-000 | | 186.56 | 9,332.91 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 5.60 | | 9,338.51 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.91 | | 9,344.42 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.35 | | 9,350.77 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.15 | | 9,356.92 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.36 | | 9,363.28 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.36 | | 9,369.64 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.95 | | 9,375.59 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.57 | | 9,382.16 |
| 11/03/06 | {1} | Lois E. Olivero & Associates | turnover of unauthorized transfer from estate property | 1110-000 | 3,035.00 | | 12,417.16 |
| 11/21/06 | {8} | American Auction Assc. | Auction proceeds from auto | 1129-000 | 3,768.35 | | 16,185.51 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 8.02 | | 16,193.53 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 10.28 | | 16,203.81 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.80 | | 16,214.61 |
| 02/25/07 | 1002 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2007 FOR CASE #04-29004 | 2300-000 | | 11.56 | 16,203.05 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.08 | | 16,211.13 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.66 | | 16,219.79 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.95 | | 16,228.74 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.95 | | 16,237.69 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.38 | | 16,246.07 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.25 | | 16,255.32 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.96 | | 16,264.28 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.10 | | 16,272.38 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.55 | | 16,281.93 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 8.47 | | 16,290.40 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 8.29 | | 16,298.69 |
| 01/07/08 | {1} | Dennis B//Patricia Hovious | Richey Settlement | 1110-000 | 2,000.00 | | 18,298.69 |
| 01/07/08 | {1} | Joan Richey | settlement - real estate - discharge action | 1110-000 | 596.72 | | 18,895.41 |
| 01/07/08 | {1} | Joan Richey | settlement real estate - discharge action | 1110-000 | 1,000.00 | | 19,895.41 |
| 01/07/08 | {1} | Joan Richey | settlement - see above | 1110-000 | 1,000.00 | | 20,895.41 |
| 01/07/08 | {1} | Joan Richey | see above | 1110-000 | 1,000.00 | | 21,895.41 |
| 01/07/08 | {1} | Joan Richey | see above | 1110-000 | 1,000.00 | | 22,895.41 |

Subtotals :   $23,093.53   $198.12

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 04-29004-BB | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | RICHEY, JOAN MARIE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****44-65 - Money Market Account |
| Taxpayer ID #: | **-***6481 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/06/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 9.71 | | 22,905.12 |
| 02/05/08 | 1003 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2007 FOR CASE #04-29004 | 2300-000 | | 19.19 | 22,885.93 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 4.69 | | 22,890.62 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 4.25 | | 22,894.87 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.19 | | 22,898.06 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.86 | | 22,900.92 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.91 | | 22,903.83 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.91 | | 22,906.74 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.72 | | 22,909.46 |
| 09/01/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 0.28 | | 22,909.74 |
| 09/01/08 | | To Account #********4466 | To close and disburse | 9999-000 | | 22,909.74 | 0.00 |
| | | | ACCOUNT TOTALS | | 23,127.05 | 23,127.05 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 22,909.74 | |
| | | | Subtotal | | 23,127.05 | 217.31 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $23,127.05 | $217.31 | |

{} Asset reference(s)

Printed: 09/06/2010 12:09 PM  V.12.52

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 04-29004-BB | | **Trustee:** | DEBORAH K. EBNER (330480) |
| **Case Name:** | RICHEY, JOAN MARIE | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****44-66 - Checking Account |
| **Taxpayer ID #:** | **-***6481 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 09/06/10 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/01/08 | | From Account #********4465 | To close and disburse | 9999-000 | 22,909.74 | | 22,909.74 |
| 09/04/08 | 101 | Joan Marie Richey | exemption  Stopped on 06/30/09 | 8100-002 | | 1,200.00 | 21,709.74 |
| 09/04/08 | 102 | DEBORAH K. EBNER | Fees per Order of 8/29/08 | 2200-000 | | 1,153.83 | 20,555.91 |
| 09/04/08 | 103 | Clerk of the United States Bankruptcy Court | Check Voided  Voided on 09/19/08 | 2700-000 | | 150.00 | 20,405.91 |
| 09/04/08 | 104 | American Auction | Check Voided  Voided on 09/11/08 | 3610-000 | | 400.00 | 20,005.91 |
| 09/04/08 | 105 | Mendota Community Hospital | Unsecured claim | 7100-000 | | 225.26 | 19,780.65 |
| 09/04/08 | 106 | World Financial Network National Bank | Unsecured claim | 7100-000 | | 316.20 | 19,464.45 |
| 09/04/08 | 107 | Sallie Mae Ed Trust | Unsecured claim | 7100-000 | | 4,156.48 | 15,307.97 |
| 09/04/08 | 108 | eCAST Settlement Corp assignee of MBNA | Unsecured claim | 7100-000 | | 13,131.42 | 2,176.55 |
| 09/04/08 | 109 | Recovery Management Systems Corporation | Unsecured claim | 7100-000 | | 565.43 | 1,611.12 |
| 09/04/08 | 110 | Recovery Management Systems Corporation | Unsecured claim | 7100-000 | | 1,611.12 | 0.00 |
| 09/11/08 | 104 | American Auction | Check Voided  Voided: check issued on 09/04/08 | 3610-000 | | -400.00 | 400.00 |
| 09/19/08 | 103 | Clerk of the United States Bankruptcy Court | Check Voided  Voided: check issued on 09/04/08 | 2700-000 | | -150.00 | 550.00 |
| 01/12/09 | 111 | Clerk of the United States Bankruptcy Court | Administrative claim | 2700-000 | | 250.00 | 300.00 |
| 01/12/09 | 112 | Mendota Community Hospital | additional distribution per supplemental distribution report | 7100-000 | | 3.38 | 296.62 |
| 01/12/09 | 113 | World Financial Network National Bank | additional distribution per supplemental distribution report | 7100-000 | | 4.74 | 291.88 |
| 01/12/09 | 114 | Sallie Mae Ed Trust | additional distribution per supplemental distribution report | 7100-000 | | 62.33 | 229.55 |
| 01/12/09 | 115 | eCAST Settlement Corp assignee of MBNA | additional distribution per supplemental distribution report | 7100-000 | | 196.91 | 32.64 |
| 01/12/09 | 116 | Recovery Management Systems Corporation | additional distribution per supplemental distribution report | 7100-000 | | 8.48 | 24.16 |
| 01/12/09 | 117 | Recovery Management Systems Corporation | additional distribution per supplemental distribution report | 7100-000 | | 24.16 | 0.00 |
| 06/30/09 | 101 | Joan Marie Richey | exemption  Stopped: check issued on 09/04/08 | 8100-002 | | -1,200.00 | 1,200.00 |
| 01/28/10 | 118 | Clerk of the US Bankruptcy Court | Unclaimed funds | 8100-002 | | 1,200.00 | 0.00 |
| | | | Subtotals : | | $22,909.74 | $22,909.74 | |

{} Asset reference(s)

Printed: 09/06/2010 12:09 PM V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 04-29004-BB | | **Trustee:** | DEBORAH K. EBNER (330480) |
| **Case Name:** | RICHEY, JOAN MARIE | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****44-66 - Checking Account |
| **Taxpayer ID #:** | **-***6481 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 09/06/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 22,909.74 | 22,909.74 | $0.00 |
| | | | Less: Bank Transfers | | 22,909.74 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 22,909.74 | |
| | | | Less: Payments to Debtors | | | 1,200.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$21,709.74** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****44-65** | 23,127.05 | 217.31 | 0.00 |
| **Checking # ***-*****44-66** | 0.00 | 21,709.74 | 0.00 |
| | **$23,127.05** | **$21,927.05** | **$0.00** |

{} Asset reference(s)  Printed: 09/06/2010 12:09 PM   V.12.52